1  McGREGOR W. SCOTT
   United States Attorney
2  PAUL HEMESATH
   GRANT B. RABENN
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

**FILED**

DEC 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Criminal Complaint Against: | CASE NO. 2:19 MJ 225 DB |
|---|---|
| IRIS JUNE MICU MINA | SEALING ORDER |
|  | **UNDER SEAL** |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 12-17-19

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE

SEALING ORDER