**SEALED**  **FILED** DEC 2 0 2019
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>IRIS JUNE MICU MINA<br><br>_Defendant_ | Case No. 2:19 MJ 225 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **IRIS JUNE MICU MINA**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Title 21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to Distribute, and to Possess with Intent to Distribute a Controlled Substance

Date: 12-17-19

_Issuing officer's signature_

City and state: Sacramento, California

Deborah Barnes, United States Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ **DEC 1 7 2019**, and the person was arrested on _(date)_ 12/19/2019
at _(city and state)_ SACRAMENTO, CA.

Date: 12/19/2019

_Arresting officer's signature_

CAITLIN THOMPS  HSI/SA
_Printed name and title_