IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:19-mj-00225-DB |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| IRIS JUNE MICU MINA, | ) | |
| Defendant. | ) | |

  The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

  IT IS HEREBY ORDERED appointing Dina L. Santos to represent the above defendant in this case effective *nunc pro tunc* to December 19, 2019.

  This appointment shall remain in effect until further order of this court.

Dated: December 23, 2019

                    _____
                    DEBORAH BARNES
                    UNITED STATES MAGISTRATE JUDGE