UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 23, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>            Plaintiff,                       )<br>v.                                                    )<br>                                                        )<br>IRIS JUNE MICU MINA,               )<br>                                                        )<br>            Defendant.                    ) | Case No. 2:19-MJ-00225-DB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>IRIS JUNE MICU MINA</u>, Case No. <u>2:19-MJ-00225-DB</u>, Charge <u>21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    ✔ (Other)    <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 23, 2019</u> at <u>2:40</u> pm..

                                            By   /s/ Deborah Barnes
                                                Deborah Barnes
                                                United States Magistrate Judge