McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
GRANT B. RABENN
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VILIAMI MOSESE FATUKALA,<br>QUYNHMY QUOC YAMAMOTO,<br>IRIS JUNE MICU MINA, and<br>JOHN PHILLIP HOLLIS II,<br><br>Defendants. | 2:20-CR-00005-KJM<br><br>*AMENDED* BILL OF PARTICULARS<br>FOR FORFEITURE OF PROPERTY |

The United States of America, by and through McGregor W. Scott, United States Attorney for the Eastern District California, and Kevin C. Khasigian, Assistant U.S. Attorney, hereby files the following *Amended* Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 21 U.S.C. § 853(a).  The United States hereby gives notice that upon the conviction of VILIAMI MOSESE FATUKALA, QUYNHMY QUOC YAMAMOTO, IRIS JUNE MICU MINA, or JOHN PHILLIP HOLLIS II, it will also seek forfeiture of the following property pursuant to the forfeiture provisions contained in the Indictment, including, but not limited to:

      a.    Approximately $2,275.00 in U.S. Currency,
      b.    Approximately $10,220.00 in U.S. Currency,
      c.    Approximately $4,731.00 in U.S. Currency,

d. Approximately $1,795.00 in U.S. Currency,
e. Approximately 0.24336188 Bitcoin,
f. Approximately $238.63 seized from Bank of America, Account Number 325116986120,
g. Approximately $5,096.00 in U.S. Currency, and
h. Approximately $2,495.74 seized from Bank of America, Account Number 325115444003.

Dated: 5/6/2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney