Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988

Attorney for:
IRIS MINA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-cr-0005 KJM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| IRIS MINA | |
| Defendant | |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Paul Hemesath and Defense Counsel, Dina L. Santos; Counsel for Defendant, Iris Mina, that condition number 10 that requires drug testing of the Special Conditions of release be deleted. All other conditions would remain in full force and effect.

Pretrial Services has been advised of this modification and is supportive of this modification.

Dated:  October 15, 2020                    /s/   Dina L. Santos
                                                          DINA SANTOS, ESQ.
                                                          Attorney for Iris Mina

Dated:  October 15, 2020                    /s/ Paul Hemesath
                                                          PAUL HEMESATH
                                                          1

1          Assistant United States Attorney

2

3                              **ORDER**

4

5   **IT IS SO ORDERED**:

6

7   DATE:  October __29__, 2020          _____
                                          Honorable Jeremy D. Peterson
8                                         United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2