Eric H. Hintz #119211
Law Offices of Eric H. Hintz
2150 River Plaza Drive, Suite 140
Sacramento, CA95833
(916) 465-6500  Office
(916) 802-5979  Direct/Text
hintzlaw@gmail.com

Attorney for Defendant
VILIAMI MOSESE FATUKUALA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>VILIAMI MOSESE FATUKALA<br><br>QUYNHMY QUOC YAMAMOTO<br><br>IRIS JUNE MICU MINA<br><br>Defendants. | Case No. 2:20-cr 00005-DAD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE:   MAY 23, 2023<br>TIME:    9:30 AM<br>JUDGE:  HON. DALE A. DROZD |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Aaron Pennekamp, counsel for plaintiff, Eric H Hintz counsel for defendant VILIAMI MOSESE FATUKALA, Michael D. Long counsel for defendant QUYNHMY QUOC YAMAMOTO and Dina Santos counsel for defendant IRIS JUNE MICU MINA that the sentencing hearing scheduled for April 4, 2023,

at 9:30 a.m. be continued to May 23, 2023, at 9:30 a.m. The probation officer is working to complete the presentence investigation process, and an extended timeline for the presentence report is necessary. Additionally, co-codefendant JOHN PHILLIP HOLLIS, II has already continued his sentencing hearing to the same date for similar reasons and the parties agree that is in the interests of judicial economy for these matters to proceed on the same date.

It is therefore requested that these matters be continued to May 23, 2023, for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | April 4, 2023 |
| Informal Objections to Presentence Report Due: | April 18, 2023 |
| Presentence Report Due: | April 25, 2023 |
| Formal Objections to Presentence Report Due: | May 9, 2023 |
| Reply or Statement of Non-Opposition Due: | May 16, 2023 |
| Judgment and Sentencing: | May 23, 2023 |

DATED: March 6, 2023          */s/ Eric H. Hintz*_____
                              ERIC H HINTZ
                              Attorney for Defendant Viliami Mosese Fatukala

DATED: March 6, 2023          // *Michael D. Long*_____
                              MICHAEL LONG
                              Attorney for Defendant Quynhmy Quoc Yamamoto

DATED: March 6, 2023      // DinaSantos_____
                          DINA SANTOS
                          Attorney for Defendant Iris June Micu Mina


DATED: March 6, 2023      PHILLIP A. TALBERT
                          United States Attorney
                          By: // Aaron Pennekamp_____
                          AARON PENNEKAMP
                          Assistant United States Attorney


O R D E R

Pursuant to the stipulation of the parties, the sentencing hearing as to these defendants previously set for April 4, 2023, is CONTINUED to May 23, 2023, at 9:30 a.m. The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:  **March 6, 2023**                _____
                                         UNITED STATES DISTRICT JUDGE