HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOHN PHILLIP HOLLIS, II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VILIAMI MOSESE FATUKALA, ET AL<br><br>Defendants. | Case No. 2:20-cr-00005-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>Date:  July 11, 2023<br>Time:  9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Aaron Pennekamp, counsel for Plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant JOHN PHILLIP HOLLIS, II, Eric H Hintz, counsel for defendant VILIAMI MOSESE FATUKALA, Michael D. Long, counsel for defendant QUYNHMY QUOC YAMAMOTO and Dina Santos, counsel for defendant IRIS JUNE MICU MINA that the sentencing hearing scheduled for May 23, 2023, at 9:30 a.m. be continued to **July 11, 2023, at 9:30 a.m.**

The probation officer is still working to complete the presentence investigation process, and an extended timeline for the presentence report is necessary as the draft report is still pending disclosure.

It is therefore requested that the matter be continued to July 11, 2023, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | May 16, 2023 |
| Informal Objections to Presentence Report Due: | May 30, 2023 |
| Presentence Report Due: | June 13, 2023 |
| Formal Objections to Presentence Report Due: | June 27, 2023 |
| Reply or Statement of Non-Opposition Due: | July 5, 2023 |
| Judgment and Sentencing: | July 11, 2023 |

Dated: April 19, 2023                          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
John Phillip Hollis, II

DATED:  April 19, 2023                          */s/ Eric H. Hintz*
ERIC H. HINTZ
Attorney for Defendant
Viliami Mosese Fatukala

DATED:  April 19, 2023                          */s/ Michael Long*
MICHAEL LONG
Attorney for Defendant
Quynhmy Quoc Yamamoto

DATED:  April 19, 2023                          */s/ Dina Santos*
DINA SANTOS
Attorney for Defendant
Iris June Micu Mina

PHILLIP A. TALBERT
United States Attorney

DATED:  April 19, 2023                          */s/ Aaron Pennekamp*
AARON PENNEKAMP
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing as to all above-named defendants previously set for May 23, 2023, is CONTINUED to **July 11, 2023, at 9:30 a.m.** The modified presentence schedule is also adopted as this Court's order.

IT IS SO ORDERED.

Dated: __**April 19, 2023**__

_____
UNITED STATES DISTRICT JUDGE