1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4
5  Attorney for QUYNHMY YAMAMOTO

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  THE UNITED STATES OF AMERICA,    ) No. 2:20-cr-5 DAD
                   Plaintiff,       )
9                                   ) STIPULATION AND ORDER
        v.                          ) TO CONTINUE SENTENCING HEARING
10                                  )
   VILIAMI FATUKALA,                ) Requested date: 11-14-2023
11 QUYNHMY YAMAOTO,                 ) Time: 9:00 a.m.
   IRIS MINA,   and                 ) Judge: Hon. Dale A. Drozd
12 JOHN HOLLIS, II,                 )
13                 Defendants.      )
   ================================)
14

15      It is hereby stipulated between the parties, Aaron Pennekamp, Assistant United States

16 Attorney, William Portanova, attorney for defendant VILIAMI FATUKALA, Dina Santos, attorney

17 for defendant IRIS MINA, Assistant Federal Defender Megan Hopkins, attorney for defendant JOHN

18 HOLLIS II, and Michael D. Long, attorney for defendant QUYNHMY YAMAMOTO, that the

19
   sentencing hearing set for September 26, 2023, at 9:00 a.m., before Judge Drozd, should be continued
20
   and re-set for November 14, 2023, at 9:00 a.m., before Judge Drozd.  USPO Lewis filed the draft pre-
21
22 sentence report on May 2, 2023.  Informal objections to the draft PSR are currently due on August

23 15, 2023.

24      Each party has agreed to move the status hearing, with the Court's permission, to November

25 14, 2023.  All parties are available to appear, and they all agree to appear, in court in-person on
26
   November 14, 2023.
27

28

-1-

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. William Portanova has recently taken over as retained counsel for Mr. Fatukala. Mr. Portanova must finish reading the discovery, meet with his client, defense counsel and the government. The government has provided over 4,950 pages of discovery. All attorneys continue to read and view the discovery, investigate the case and meet with their respective clients. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through September 26, 2023.

The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to November 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Further, the parties agree to the following revised PSR schedule. The draft PSR was filed on May 2, 2023.

The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

    Judgment and Sentencing Date: November 14, 2023

    Reply, or Statement of Non-opposition: November 7, 2023

    Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 31, 2023

    The revised final Presentence Report will be filed with the Court on October 24, 2023

    Counsel's informal objections will be filed by October 10, 2023

Dated:  August 4, 2023                           Respectfully submitted,

                                                      /s/ Michael D. Long
                                                      MICHAEL D. LONG
                                                      Attorney for Quynhmy Yamamoto

                                                      /s/ William Portanova
                                                      WILLIAM PORTANOVA
                                                      Attorney for Viliami Fatukala


                                                      /s/ Dina Santos
                                                      DINA SANTOS
                                                      Attorney for Iris Mina

                                                      /s/ Megan Hopkins
                                                      MEGAN HOPKINS
                                                      Assistant Federal Defender
                                                      Attorney for John Hollis II

Dated:  August 4, 2023                           PHILLIP TALBERT
                                                      United States Attorney

                                                      /s/ Aaron Pennekamp
                                                      AARON PENNEKAMP
                                                      Assistant U.S. Attorney

///


///

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to all four defendants in this action is continued from September 26, 2023, to November 14, 2023, at 9:30 a.m., before District Court Judge Dale A. Drozd.  Because it is a sentencing hearing that is being continued, time need not be excluded under the Speedy Trial Act.[1]

The PSR schedule is revised as follows:

Judgment and Sentencing Date: November 14, 2023 at 9:30 a.m.

Reply, or Statement of Non-opposition: November 7, 2023

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 31, 2023

The revised final Presentence Report will be filed with the Court on October 24, 2023

Counsel's informal objections will be filed by October 10, 2023

Finally, the court notes that the four defendants entered their pleas of guilty in this case on November 8, 2022 and December 6, 2022.  In light of the passage of time since those guilty pleas were entered, **no further continuances of the sentencing hearing date in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **August 6, 2023**                             /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE

---

[1] The parties' stipulation erroneously refers at least once to the scheduled September 26, 2023 hearing as a status hearing.  The hearing date that is being continued at the parties' request is, however, a sentencing hearing as to all four defendants in this case.

-4-