1  PHILLIP A. TALBERT
   United States Attorney
2  AARON D. PENNEKAMP
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:20-CR-00005-DAD-3

                        Plaintiff,       ORDER SEALING DOCUMENTS AS SET FORTH
12                                        IN GOVERNMENT'S NOTICE

13              v.

   IRIS JUNE MICU MINA,
14
                        Defendant.
15

16

17        Pursuant to Local Rule 141(b) and based upon the representations contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the following documents shall shall be SEALED until

19 further order of this Court:

20        1.   The government's two-page sentencing memorandum supplement; and

21        2.   The government's request to seal documents.

22        It is further ordered that access to the sealed documents shall be limited to the government and

23 counsel for the defendant.

24        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

25 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

26 the government's request, sealing the government's sentencing memorandum supplement serves a

27 compelling interest.  The Court further finds that, in the absence of closure, the compelling interests

28 identified by the government would be harmed.  In light of the public filing of its request to seal, the

ORDER SEALING DOCUMENTS AS SET FORTH IN             1
GOVERNMENT'S NOTICE

1  Court further finds that there are no additional alternatives to sealing the government's sentencing

2  memorandum supplement that would adequately protect the compelling interests identified by the

3  government.

4          IT IS SO ORDERED.

5  Dated:    **November 7, 2023**                        _Dale A. Drozd_

6                                                        DALE A. DROZD
                                                         UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28